**No. 11-5411. Michael Wayne Bohannan, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1105, 132 S. Ct. 999, 181 L. Ed. 2d 727, 2012 U.S. LEXIS 312.

January 9, 2012. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Wall v. Kholi, 562 U.S. 545, 131 S. Ct. 1278, 179 L. Ed. 2d 252 (2011).

**No. 11-6927. Taft J. Perry, Petitioner v. Mary Jordan, et al.**

565 U.S. 1105, 132 S. Ct. 1013, 181 L. Ed. 2d 727, 2012 U.S. LEXIS 480.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

Same case below, 435 Fed. Appx. 831.

**No. 11-7005. Damon B. Cook, Petitioner v. George M. Galaza, Warden.**

565 U.S. 1105, 132 S. Ct. 1018, 181 L. Ed. 2d 727, 2012 U.S. LEXIS 461.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari

to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

**No. 11-7009. Derek N. Jarvis, Petitioner v. FedEx Office & Print Services, Inc.**

565 U.S. 1105, 132 S. Ct. 1018, 181 L. Ed. 2d 727, 2012 U.S. LEXIS 466.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 442 Fed. Appx. 71.

**No. 11-7035. Waadew Aysisayh, Petitioner v. Florida.**

565 U.S. 1105, 132 S. Ct. 1021, 181 L. Ed. 2d 727, 2012 U.S. LEXIS 486.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).